FILED
JUN 1 6 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:16CR00249 PLC** |
| v. ) | |
| ) | |
| TRACY MURRAY-SCOTT, ) | |
| ) | |
| Defendant. ) | |

## MISDEMEANOR INFORMATION

The United States Attorney Charges that:

On or about May 30, 2014, within the Eastern District of Missouri,

**TRACY MURRAY-SCOTT**

the defendant herein, did embezzle, steal, purloin, and knowingly convert to her use money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $721.00, contributing to a total overpayment of $62,535.00.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

TRACY L. BERRY, #014753TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

    I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Tracy L. Berry*
TRACY L. BERRY

Subscribed and sworn to before me this 16th day of June 2016.

*/s/ Gregory Linhares*
CLERK, U.S. DISTRICT COURT

By: */s/ Elizabeth Kuhlman*
DEPUTY CLERK